UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD WAINRIGHT, JR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 7:24-CV-00586-BM |
| FRANK J. BISIGNANO ) | |
| *Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

**Decision by Court:**
This matter is before the court on Plaintiff's brief and Defendant's response breif

**IT IS ORDERED ADJUDGED AND DECREED:** the court allows Plaintiff's brief [DE-11], denies Defendant's brief [DE-16], and REMANDS this case to the Commissioner for further proceedings consistent with this order.

This Judgment Filed and Entered on September 26, 2025 with service on:
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson B. Pendergrass
(By): Carson B. Pendergrass, Deputy Clerk